IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kerwyn Ian Fyfe, | ) | C/A No. 0:21-2050-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Kilolo Kijakazi, Acting Commissioner of the | ) | |
| Social Security Administration,[1] | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff seeks an award of attorney's fees pursuant to the Equal Access to Justice Act

("EAJA") in the amount of $4,350.00.  (ECF No. 25); see 28 U.S.C. § 2412.  The motion was

accompanied by a statement of hours and expenses by Plaintiff's attorney which supports the

motion.  Defendant filed a response indicating that she does not object to the amount requested by

Plaintiff.  (ECF No. 26.)

The court has reviewed the motion, as well as the supporting underlying documentation,

and finds that the total fee request, hours expended, and hourly rates are reasonable and authorized

under applicable law.  See Grisbrecht v. Barnhart, 535 U.S. 789, 796 (2002).

Accordingly, it is

**ORDERED** that Plaintiff be granted attorney's fees pursuant to the EAJA in the amount

of $4,350.00.  EAJA fees awarded by this court belong to Plaintiff and are subject to offset under

the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).  In the event Plaintiff has no

present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel,

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi is substituted as the named defendant because she recently became the Acting Commissioner of Social Security.

Defendant is directed to make the payment due to Plaintiff's counsel.  If Plaintiff has no debt subject to offset and no proper assignment has been made by Plaintiff to counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

March 15, 2022                                    Paige J. Gossett
Columbia, South Carolina                 UNITED STATES MAGISTRATE JUDGE